**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; and IRONWORKERS WORKERS' COMPENSATION TRUST,<br><br>      Plaintiffs,<br><br>v.<br><br>WELDING UNLIMITED, INC., a corporation,<br><br>      Defendant. | CASE NO. 2:10-cv-04717-RGK-JEM<br><br>**RENEWAL OF JUDGMENT** |

1

[PROPOSED] RENEWAL OF JUDGMENT

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on March 17, 2011, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY FUND, CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND, and IRONWORKERS WORKERS' COMPENSATION TRUST, shall have a Renewal of Judgment against Judgment Debtor, Welding Unlimited, Inc., a corporation.

Renewal of money judgment against WELDING UNLIMITED, INC.:

| | | |
|---|---|---:|
| a. | Total Judgment | $119,595.17 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $119,595.17 |
| d. | Credits after Judgment | $0.00 |
| e. | Subtotal (d. from c.) | $119,595.17 |
| f. | Interest after Judgment computed from March 17, 2011 to March 9, 2021 at 0.25% accruing at $0.82 per day | $2,985.78 |
| g. | Fee for filing renewal application | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | $122,580.95 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: March 10, 2021           Clerk, by /s/ *Jennylam*    , Deputy